UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D4, DARNELL BAILEY,

    Defendant.
_____/

Case No. 16-cr-20143-4
Hon. Matthew F. Leitman

### ORDER (1) GRANTING DEFENDANT'S MOTION TO COMPEL BUREAU OF PRISONS TO SCHEDULE LEGAL CALL (ECF No. 403) AND (2) DIRECTING BUREAU OF PRISONS TO SCHEDULE CALL

Now before the Court is Defendant Darnell Bailey's motion to compel the United States Bureau of Prisons to schedule a confidential attorney-client phone call between himself and his legal counsel. (*See* Mot., ECF No. 403.)  The Court has carefully reviewed the motion and **GRANTS** it on the following conditions:

- Bailey's counsel shall provide the Bureau of Prisons responses to questions 1, 3, 4, and 6 identified in the email attached as Exhibit B to Bailey's motion by no later than **September 15, 2023**.  Bailey's counsel need not respond to questions 2 and 5.  The Court confirms in this order that Bailey's attorneys of record, Casey N. Swanson and Celeste Kinney, are members of the Bar of this Court.

1

- The Bureau of Prisons shall facilitate a phone call between Bailey and his counsel no later than **three business days** after Bailey's counsel provides the answers to the questions identified above.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: September 13, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 13, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126