UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                        Case No. 16-cr-20143-4
                                                Hon. Matthew F. Leitman

v.

D4, DARNELL BAILEY,

        Defendant.

_____/

## ORDER TO SEAL

Darnell Bailey has moved to seal his Motion for Reduction in Sentence and accompanying exhibits. Having been duly advised in the premises and supporting authority;

**IT IS HEREBY ORDERED** that Darnell Bailey's Motion for Reduction in Sentence and accompanying exhibits shall be filed by the Clerk under seal.

                                                         s/Matthew F. Leitman
                                                          MATTHEW F. LEITMAN
                                                          UNITED STATES DISTRICT JUDGE

Dated: October 19, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 19, 2023, by electronic means and/or ordinary mail.

                                                           s/Holly A. Ryan
                                                          Case Manager
                                                          (313) 234-5126